65 A.3d 817

IN THE MATTER OF JACQUELINE R. HARRIS, AN ATTORNEY
AT LAW (ATTORNEY NO. 016471990).

April 3, 2013.

## ORDER

The Disciplinary Review Board having filed a certification of
Board Counsel pursuant to *Rule* 1:20–17(e)(1) reporting that **JAC-
QUELINE R. HARRIS** of **ORANGE,** who was admitted to the
bar of this State in 1990, has failed to pay the administrative and
actual costs assessed in connection with disciplinary proceedings
in DRB 09–038 that resulted in the imposition of discipline by
Order filed November 4, 2009, and good cause appearing;

It is ORDERED that **JACQUELINE R. HARRIS** be tempo-
rarily suspended from the practice of law pending payment in full
of the assessed administrative and actual costs and accrued inter-
est as determined by the Disciplinary Review Board, effective
May 3, 2013, and until further Order of the Court; provided,
however, that this Order shall be vacated automatically if, prior to
the effective date of the suspension, the Disciplinary Review
Board reports that payment in full has been made or that a
satisfactory installment payment plan is in place and current; and
it is further

ORDERED that if respondent seeks to be heard on this matter,
he shall file with the Clerk of the Court within ten days after the
file date of this Order a written request for the issuance of an
Order to Show Cause; and it is further

ORDERED that **JACQUELINE R. HARRIS** be restrained and
enjoined from practicing law during the period of suspension and
that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State.